## (May 18, 1964)

■ In the Matter of ROBERT F. J. HANIGAN, Petitioner, v. COUNTY COURT OF THE COUNTY OF ROCKLAND et al., Respondents.— In a proceeding under article 78 of the Civil Practice Law and Rules, instituted by petitioner, who is the defendant in a certain criminal action now pending in the County Court, Rockland County: (a) to annul certain orders of said court relating to said action; and (b) to transfer certain pretrial motions and trial of the action to the Supreme Court, Rockland County, the respondents, the said County Court and the District Attorney of Rockland County, severally move to dismiss the petition, pursuant to subdivision (f) of section 7804 of the Civil Practice Law and Rules, as insufficient in law; and the petitioner cross-moves to dismiss such motions. The respondents' motions to dismiss the petition are granted; proceeding dismissed. Petitioner's cross motion is dismissed as academic. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

■ GERTRUDE BANFIELD, Appellant, v. HOWARD KELLY, Respondent.— In a negligence action, the plaintiff appeals from two orders of the Supreme Court, Queens County: (1) an order dated April 26, 1963, which granted the defendant's motion to dismiss the complaint for failure to diligently prosecute the action; and (2) an order, dated September 23, 1963, which, on reargument, adhered to the original decision and again granted the defendant's motion to dismiss. Appeal from order dated April 26, 1963, dismissed, without costs; that order was superseded by the later order. Order, dated September 23, 1963, insofar as it adheres to the prior decision and grants the motion to dismiss, reversed, with $10 costs and disbursements to plaintiff, and motion to dismiss denied, without prejudice to an application by plaintiff to transfer the action to the Civil Court of the City of New York, if the plaintiff be so advised. Under all the circumstances here, we believe it was an improvident exercise of discretion to dismiss the action. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.